

THE HONORABLE JOHN C. COUGHENOUR


# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| DAVID ANDERSON, | CASE NO. C17-0659-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for proposed scheduling order (Dkt. No. 9). Based on the representations of the parties regarding the nature of this case, the Court ORDERS the following scheduling deadlines:

| Date | Deadline / Date |
| --- | --- |
| October 13, 2017 | Defendant to produce administrative record to Plaintiff and join all parties |
| February 1, 2018 | Defendant to file administrative record with the Court |
| February 16, 2018 | Parties to exchange FRCP 52 motions for trial on the administrative record |

| | |
|---|---|
| March 16, 2018 | Parties to exchange response memorandums |
| March 30, 2018 | Parties to exchange reply memorandums |
| April 2, 2018 | All trial-related filings to be filed with Court |
| April 30, 2018 | Non-jury trial date |

The status conference currently scheduled for November 7, 2017 is STRICKEN. Changes to the above scheduling order will only be granted with leave of the Court.

DATED this 12th day of September 2017.

        William M. McCool
        Clerk of Court

        s/Tomas Hernandez
        Deputy Clerk