THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9   DAVID ANDERSON,                          CASE NO. C17-0659-JCC

10                          Plaintiff,        MINUTE ORDER

11            v.

12   UNUM LIFE INSURANCE
     COMPANY OF AMERICA,

13

14                          Defendant.

15

16       The following Minute Order is made by direction of the Court, the Honorable John C.

17   Coughenour, United States District Judge:

18       This matter comes before the Court on the parties' notice of case settlement (Dkt. No.

19   15). Plaintiff is DIRECTED to file a stipulated dismissal or voluntary dismissal within 60 days

20   from the issuance of this order. The Clerk is DIRECTED to terminate all case management dates

21   and CLOSE the case for statistical purposes.

22       DATED this 20th day of February 2018.

23                                            William M. McCool
                                             Clerk of Court

24
                                             s/Tomas Hernandez
25                                           Deputy Clerk

26

MINUTE ORDER
C17-0659-JCC
PAGE - 1